UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>STEPHEN L. KIRKLAND and THE KIRKLAND ORGANIZATION, INC.,<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-3150-MHC |

### JUDGMENT

This action having came before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment against Stephen L. Kirkland and Plaintiff's Motion for Default Judgment against The Kirkland Organization, Inc., the Court having granted said motion for Summary Judgment and denied as futile Motion for Default Judgment, it is

**Ordered and Adjudged** that judgment be entered in favor of the plaintiff Securities and Exchange Commission against Defendant Stephen L. Kirkland for civil penalties in the additional amount of $45,500.00 and costs of this action. This action is **dismissed**.

Dated at Atlanta, Georgia, this 2nd day of October, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/Jill Ayers
        Deputy Clerk

Prepared and Entered
in the Clerk's Office
October 2, 2015
James N. Hatten
Clerk of Court

By:   s/Jill Ayers
         Deputy Clerk